# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:04-cr-00118-MR-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| vs. | ) **O R D E R**<br>)<br>) |
| FELIPE MARTINEZ-GARCIA. | )<br>) |

**THIS MATTER** is before the Court on the Defendant's motion for reconsideration of its January 17, 2014 Order [Doc. 82].

Upon review of the Defendant's motion, the Court finds no basis in law to reconsider its prior Order.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's motion for reconsideration [Doc. 82] is **DENIED**.

**IT IS SO ORDERED.**

Signed: May 15, 2014

Martin Reidinger
United States District Judge